NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DR. CHRISTINA PAYLAN,                )
                                     )
                Petitioner,          )
                                     )
v.                                   )       Case No.  2D17-5161
                                     )
TIMOTHY FITZGERALD and FARMER        )
& FITZGERALD, P.A.,                  )
                                     )
                Respondents.         )
_____)

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Gregory P. Holder, Judge.

Christina Paylan, pro se.

Matthew Farmer of Farmer & Fitzgerald,
Tampa, for Appellees.


PER CURIAM.


                Denied.



LaROSE, C.J., and MORRIS and ATKINSON, JJ., Concur.